UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EARNEST HOWARD-RUDOLPH BLACKSHEAR, PH.D., JR.,<br>　　　　　　　Plaintiff,<br>　v.<br>BAERNARDO SOTELO-HERNANDEZ, *et al*<br>　　　　　　　Defendants. | Case No. 2:23-cv-01815-ART-MDC<br><br>ORDER |

On March 13, 2024, the court filed a Notice Regarding Intention to Dismiss Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure (ECF No. 9) explaining to plaintiff Earnest Howard-Rudolph Blackshear, Ph.D., Jr., that if he did not properly serve defendants Bernardo Sotelo-Hernandez, MTC Financial Inc., Freedom Mortgage Corp, Kyla D. Sullivan, Maven Asset Management, Inc., Dylan Hansel, Southern Nevada Eviction Services, Natalie Tyrrell, and North Las Vegas Justice Court, by April 12, 2024, the Court would enter an Order of Dismissal under Federal Rule of Civil Procedure 4(m).  The deadline to do so has now passed and no proper proof of service as to the above stated Defendants have been filed.

Accordingly, it is hereby ordered that this action is dismissed without prejudice. The Clerk of Court may close this case accordingly.

DATED this October 28, 2024.

_____
Anne R. Traum
United States District Court Judge

1